1  Brian Mills (#216078)
   bmills@swlaw.com
2  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
3  Costa Mesa, CA  92626-7689
   Telephone: (714) 427-7000
4  Facsimile: (714) 427-7799

5  Attorneys for Defendant
   Scandinavian Designs, Inc.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | BERTHA JOHNSON,              | CASE NO. C11-02111-JCS |
12 |             Plaintiff,       | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
13 | vs.                          | **(Civil L.R. 6-1)** |
14 | SCANDINAVIAN DESIGNS, INC.; HARVEY B. KAMENY; | |
15 | and DOES 1-10, Inclusive,    | **Complaint served:** 5/19/2011
                                     **Current response date:** 6/09/2011
                                     **New response date:** 6/30/2011 |
16 |             Defendants.      | |

17

18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

13198769.1

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT
(No. C11-0211-JCS)

1  Pursuant to Civil L.R. 6-1, Plaintiff Bertha Johnson, an individual, and
2  Defendants Scandinavian Designs, Inc. and Harvey B. Kameny (collectively
3  "Defendants"), by and through their respective counsel, hereby stipulate and agree
4  that Defendants, shall have a 3 week extension, to and until June 30, 2011 within
5  which to respond to Plaintiff's Complaint.

Dated: June 9, 2011            LAW OFFICE OF PAUL L. REIN


                               By:   s/Paul L. Rein
                                     Paul L. Rein
                                     Celia McGuinness
                                     Catherine M. Cabalo
                                     Attorneys for Plaintiff
                                     Bertha Johnson

Dated: June 9, 2011            SNELL & WILMER L.L.P.


                               By:   s/Brian Mills
                                     Brian Mills
                                     Attorneys for Defendant
                                     Scandinavian Designs, Inc.


Dated: June 9, 2011            HOGE FENTON JONES & APPEL

Dated: June 10, 2011           By:   s/Geoffrey C. Etnire
                                     Geoffrey C. Entire
                                     Attorneys for Defendant
                                     Harvey Kameny

*[Stamp: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

13198769.1

- 2 -

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
(No. C11-0211-JCS)

*Johnson v. Scandinavian Designs, Inc., et al.*
**US District Court, Northern District of California, Case No. C11-02111 JCS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2011, I electronically filed the document described as **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Paul L. Rein, Esq.<br>Law offices of Paul L. Rein<br>200 Lakeside Drive, Suite A<br>Oakland, CA  94612 | Attorneys for Plaintiff Bertha Johnson<br>Tel:       510.832.5001<br>Fax:      510.832.4787<br>E-mail:  reinlawoffice@aol.com |
| Geoffrey C. Etnire, Esq.<br>HOGE FENTON JONES & APPEL, INC.<br>60 South Market Street, Suite 1400<br>San Jose, CA  95113 | Attorneys for Defendant Harvey Kameny<br>Tel:       408.947.2497<br>Fax:      408.287.2583<br>E-mail:  gce@hogefenton.com |

Dated: June 9, 2011            SNELL & WILMER L.L.P.


                               By:  /s/ Brian Mills
                                    Brian Mills
                                    Attorneys for Defendant
                                    Scandinavian Designs, Inc.

13225826.1                                                CERTIFICATE OF SERVICE