1  Brian Mills (#216078)
   bmills@swlaw.com
2  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
3  Costa Mesa, CA  92626-7689
   Telephone: (714) 427-7000
4  Facsimile: (714) 427-7799

5  Attorneys for Defendant
   Scandinavian Designs, Inc.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | BERTHA JOHNSON,              | CASE NO. C11-02111-JCS
12 |              Plaintiff,      | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
13 | vs.                          | **(Civil L.R. 6-1)**
14 | SCANDINAVIAN DESIGNS,        |
   | INC.; HARVEY B. KAMENY;      | **Complaint served:**      5/19/2011
15 | and DOES 1-10, Inclusive,    | **Current response date:** 6/30/2011
   |                              | **New response date:**     7/15/2011
16 |              Defendants.     |

17

18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

13198769

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT
(No. C11-0211-JCS)

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1  Pursuant to Civil L.R. 6-1, Plaintiff Bertha Johnson, an individual, and
2  Defendants Scandinavian Designs, Inc. and Harvey B. Kameny (collectively
3  "Defendants"), by and through their respective counsel, hereby stipulate and agree
4  that Defendants, shall have a 15 day extension, to and until July 15, 2011 within
5  which to respond to Plaintiff's Complaint.

Dated: June 28, 2011                     LAW OFFICE OF PAUL L. REIN

                                         By:   s/Paul L. Rein
                                              Paul L. Rein
                                              Celia McGuinness
                                              Catherine M. Cabalo
                                              Attorneys for Plaintiff
                                              Bertha Johnson

Dated: June 29, 2011                     SNELL & WILMER L.L.P.

        .

                                         By:   s/Brian Mills
                                              Brian Mills
                                              Attorneys for Defendant
                                              Scandinavian Designs, Inc.

Dated: June 29, 2011                     HOGE FENTON JONES & APPEL

Dated: June 30, 2011                     By:   s/Geoffrey C. Etnire
                                              Geoffrey C. Entire
                                              Attorneys for Defendant
                                              Harvey Kameny

*IT IS SO ORDERED*
/s/ Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

13198769

- 2 -

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT
(No. C11-0211-JCS)

*Johnson v. Scandinavian Designs, Inc., et al.*
**US District Court, Northern District of California, Case No.  C11-02111 JCS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2011, I electronically filed the document described as **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (Civil L.R. 6-1)** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- Catherine M. Cabalo     ccabalo@reinlawoffice.com
- Celia Louise McGuinness     cmcguinness@reinlawoffice.com
- Paul Leslie Rein     reinlawoffice@aol.com, aclefton@reinlawoffice.com

I further certify that on June 29, 2011, I served the above-entitled document by U.S. Mail to the following party:

| Geoffrey C. Etnire, Esq.<br>HOGE FENTON JONES & APPEL, INC.<br>60 South Market Street, Suite 1400<br>San Jose, CA  95113 | Attorneys for Defendant Harvey Kameny<br>Tel:     408.947.2497<br>Fax:    408.287.2583<br>E-mail:  gce@hogefenton.com |
|---|---|

Dated:  June 29, 2011               SNELL & WILMER L.L.P.


                                    By: /s/ Brian Mills
                                         Brian Mills
                                         Attorneys for Defendant
                                         Scandinavian Designs, Inc.

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

13225826.1                                              CERTIFICATE OF SERVICE