1  Brian Mills (#216078)
   bmills@swlaw.com
2  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
3  Costa Mesa, CA  92626-7689
   Telephone: (714) 427-7000
4  Facsimile: (714) 427-7799

5  Attorneys for Defendant
   Scandinavian Designs, Inc.
6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  BERTHA JOHNSON,                    CASE NO. C11-02111-JCS

12              Plaintiff,             **STIPULATION TO EXTEND TIME
                                       TO RESPOND TO COMPLAINT**
13  vs.                                **(Civil L.R. 6-1)**

14  SCANDINAVIAN DESIGNS,
    INC.; HARVEY B. KAMENY;            **Complaint served:          5/19/2011**
15  and DOES 1-10, Inclusive,          **Current response date:     7/15/2011**
                                       **New response date:         7/29/2011**
16              Defendants.

17

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

13198769

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT
(No. C11-0211-JCS)

Pursuant to Civil L.R. 6-1, Plaintiff Bertha Johnson, an individual, and Defendants Scandinavian Designs, Inc. and Harvey B. Kameny (collectively "Defendants"), by and through their respective counsel, hereby stipulate and agree that Defendants, shall have a 14 day extension, to and until July 29, 2011 within which to respond to Plaintiff's Complaint.

Dated: July 12, 2011                   LAW OFFICE OF PAUL L. REIN


By:   s/Paul L. Rein
      Paul L. Rein
      Celia McGuinness
      Catherine M. Cabalo
      Attorneys for Plaintiff
      Bertha Johnson

Dated: July 12, 2011                   SNELL & WILMER L.L.P.


By:   s/Brian Mills
      Brian Mills
      Attorneys for Defendant
      Scandinavian Designs, Inc.


Dated: July 12, 2011                   HOGE FENTON JONES & APPEL


By:   s/Geoffrey C. Etnire
      Geoffrey C. Entire
      Attorneys for Defendant
      Harvey Kameny

Dated: July 19, 2011

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

*Johnson v. Scandinavian Designs, Inc., et al.*
**US District Court, Northern District of California, Case No. C11-02111 JCS**

### CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2011, I electronically filed the document described as **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (Civil L.R. 6-1)** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- Catherine M. Cabalo     ccabalo@reinlawoffice.com
- Celia Louise McGuinness     cmcguinness@reinlawoffice.com
- Paul Leslie Rein     reinlawoffice@aol.com, aclefton@reinlawoffice.com

I further certify that on July 13, 2011, I served the above-entitled document by U.S. Mail to the following party:

| Geoffrey C. Etnire, Esq.<br>HOGE FENTON JONES & APPEL, INC.<br>60 South Market Street, Suite 1400<br>San Jose, CA 95113 | Attorneys for Defendant Harvey Kameny<br>Tel:       408.947.2497<br>Fax:      408.287.2583<br>E-mail:    gce@hogefenton.com |
|---|---|

Dated: July 13, 2011          SNELL & WILMER L.L.P.


By: /s/ Brian Mills
      Brian Mills
      Attorneys for Defendant
      Scandinavian Designs, Inc.

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000