Brian Mills (#216078)
bmills@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for Defendant
Scandinavian Designs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BERTHA JOHNSON, | CASE NO. C11-02111-JCS |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** (Civil L.R. 6-1) |
| vs. | |
| SCANDINAVIAN DESIGNS, INC.; HARVEY B. KAMENY; and DOES 1-10, Inclusive, | **Complaint served:** 5/19/2011 **Current response date:** 7/29/2011 **New response date:** 8/29/2011 |
| Defendants. | |

Pursuant to Civil L.R. 6-1, Plaintiff Bertha Johnson, an individual ("Plaintiff"), and Defendants Scandinavian Designs, Inc. and Harvey B. Kameny ("Defendants") (collectively the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on or about May 19, 2010, Plaintiff served the above-entitled action on Defendants;

WHEREAS, the Parties conducted a site inspection of the property at issue in the action;

WHEREAS, the Parties have exchanged some expert opinions regarding the property at issue;

13198769

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT
(No. C11-0211-JCS)

WHEREAS, the Parties are actively engaged in discussions to resolve this matter and anticipate resolving this matter in the next 30 days.

NOW THEREFORE, pursuant to Civil L.R. 6-1, Plaintiff and Defendants, through their respective counsel of record, hereby stipulate and agree that Defendants, shall have a 30 days extension, to and until August 29, 2011 within which to respond to Plaintiff's Complaint.

Dated: July 28, 2011                LAW OFFICE OF PAUL L. REIN

By: s/Paul L. Rein
Paul L. Rein
Celia McGuinness
Catherine M. Cabalo
Attorneys for Plaintiff
Bertha Johnson

Dated: July 28, 2011                SNELL & WILMER L.L.P.

By: s/Brian Mills
Brian Mills
Attorneys for Defendant
Scandinavian Designs, Inc.

Dated: July 28, 2011                HOGE FENTON JONES & APPEL

Dated: July 29, 2011                By: s/Geoffrey C. Etnire
Geoffrey C. Entire
Attorneys for Defendant
Harvey Kameny

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

13198769

- 2 -

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
(No. C11-0211-JCS)

*Johnson v. Scandinavian Designs, Inc., et al.*
**US District Court, Northern District of California, Case No. C11-02111 JCS**

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2011, I electronically filed the document described as **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (Civil L.R. 6-1)** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- Catherine M. Cabalo    ccabalo@reinlawoffice.com
- Celia Louise McGuinness    cmcguinness@reinlawoffice.com
- Geoffrey C. Etnire    gce@hogefenton.com
- Paul Leslie Rein    reinlawoffice@aol.com, aclefton@reinlawoffice.com

Dated: July 28, 2011                SNELL & WILMER L.L.P.


                        By: /s/ Brian Mills
                            Brian Mills
                            Attorneys for Defendant
                            Scandinavian Designs, Inc.

13225826.1                                    CERTIFICATE OF SERVICE