Brian Mills (#216078)
bmills@swlaw.com
Erin A. Denniston (#247785)
edenniston@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA  92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for Defendant
Scandinavian Designs, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

BERTHA JOHNSON,

          Plaintiff,

vs.

SCANDINAVIAN DESIGNS, INC.; HARVEY B. KAMENY; and DOES 1-10, Inclusive,

          Defendants.

CASE NO. C11-02111-JCS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

CTRM:   A
JUDGE:   Joseph C. Spero

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: September 29, 2011

_____
Bertha Johnson

Dated: October 4, 2011

_____
Harvey B. Kameny

13798466

STIPULATION OF DISMISSAL
WITH PREJUDICE
(No. C11-02111-JCS)

| | |
|---|---|
| 1 | |
| 2 | Scandinavian Designs, Inc. |
| 3 | |
| 4 | Dated: ~~September~~ October 13, 2011 |
| 5 | ~~Erling Eide~~ Sheila E Caudwell |
|   | ~~President~~ Secretary |
| 6 | |
| 7 | |
| 8 | Dated: September 29, 2011    LAW OFFICE OF PAUL L. REIN |
| 9 | |
| 10 | By: s/Paul L. Rein |
| 11 | Paul L. Rein |
|    | Attorneys for Plaintiff |
| 12 | Bertha Johnson |
| 13 | Dated: ~~September~~ October 18, 2011 |
| 14 | SNELL & WILMER L.L.P. |
| 15 | |
| 16 | By: s/Brian Mills |
| 17 | Brian Mills |
|    | Attorneys for Defendant |
| 18 | Scandinavian Designs, Inc. |
| 19 | |
| 20 | Dated: ~~September~~ October 7, 2011    HOGE FENTON JONES & APPEL |
| 21 | |
| 22 | |
| 23 | By: s/Geoffrey C. Etnire |
| 24 | Geoffrey C. Entire |
|    | Attorneys for Defendant |
| 25 | Harvey Kameny |
| 26 | Dated: October 21, 2011 |
| 27 | IT IS SO ORDERED |
|    | Judge Joseph C. Spero |
| 28 | |

Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

13798466

STIPULATION OF DISMISSAL
WITH PREJUDICE
(No. C11-0211-JCS)

*Johnson v. Scandinavian Designs, Inc., et al.*
US District Court, Northern District of California, Case No.  C11-02111 JCS

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2011, I electronically filed the document described as **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- Catherine M. Cabalo    ccabalo@reinlawoffice.com
- Celia Louise McGuinness    cmcguinness@reinlawoffice.com
- Geoffrey C. Etnire    gce@hogefenton.com
- Paul Leslie Rein    reinlawoffice@aol.com, aclefton@reinlawoffice.com
- Sean Cottle scottle@aandb.com

Dated:  October 20, 2011              SNELL & WILMER L.L.P.

                                      By:  /s/ Brian Mills
                                           Brian Mills
                                           Attorneys for Defendant
                                           Scandinavian Designs, Inc.

13225826.1                                                    CERTIFICATE OF SERVICE